## Commonwealth *v.* Jenkins, Appellant.

Submitted September 18, 1967. *S. Allen Needleman,* with him *Needleman, Needleman, Segal & Tabb,* for appellant; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence **affirmed.**

## Commonwealth *v.* Jones, Appellant.

Submitted September 19, 1967. *Richard C. Ferroni,* and *Pirillo and Carabello,* for appellant; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.